# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

STEPHEN C. DRIES
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
www.wied.uscourts.gov

November 30, 2017

RE: Name Change for Linda Marie Taagen
(formerly known as Linda Taagen)

To Whom It May Concern:

The Immigration and Nationality Act authorizes a United States district court to change the name of an applicant for citizenship at the same time that the court administers the oath of allegiance. The naturalization certificate will then show their new name.

Enclosed please find an Apostille (AO 390) dated November 30, 2017 which certifies the enclosed documentation of a name change by decree of the Court for Linda Marie Taagen. These documents are the only official records of the United States District Court for name changes as part of the naturalization process.

If there is anything further that you require to recognize this name change, please make that request, in writing, to the Clerk of Court, at the address referenced above.

Very truly yours,

Stephen C. Dries, Clerk
United States District Court

By: *[signature]*
Michelle D. Lipsey
Deputy Clerk

# APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. Country: United States of America
   This public document

2. has been signed   Dale E. Ihlenfeldt, Clerk by M. Stockhausen

3. acting in the capacity   of Deputy Clerk, United States District Court

4. bears the seal/stamp of   United States District Court for the Eastern District of Wisconsin

## CERTIFIED

5. at   Milwaukee, Wisconsin       6. the   30th day of November, 2017

7. by   the Clerk of the United States District Court

8. No.   17-MC-58

9. Seal/Stamp

10. Signature:
    
    *Stephen C. Dries* (signature)
    
    Stephen C. Dries
    Clerk, United States District Court



No. 7469592

Name  TAAGEN, Linda Marie

residing at Rockfield, Wis.

Date of birth  3/23/1937   Date of order of admission  1-27-56

Date certificate issued  January 27, 1956  by the

U. S. District  Court at  Milwaukee, Wis.

Petition No.  30910

Alien Registration No.  30910

*Linda Taagen*

X *Linda Marie Taagen*
(Complete and true signature of holder)

Name changed by decree of Court from

LINDA TAAGEN

as a part of the naturalization.

Dated     Jan. 27, 1956

        DALE E. IHLENFELDT, *Clerk*

        BY: *M Stockhausen*

                *Deputy*